# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:10-po-37 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| GREGORY L. REICH, | : | |
| Defendant. | : | |

**ORDER EXTENDING PROBATION/ SENTENCING ENTRY**

Defendant appeared before the Court on August 3, 2011 pursuant to a Notice of Hearing filed July 27, 2011 notifying Defendant to appear for a Probation Violation Hearing.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation and offered evidence in mitigation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered extended.

Without objection by Defendant the Court proceeded to sentencing. Defendant is sentenced to an extended term of probation of one (1) year. Defendant shall participate in an alcohol treatment program at the direction of his Probation Officer.

August 5, 2011

                                                                                     s/Sharon L. Ovington
                                                                                         Sharon L. Ovington
                                                              United States Magistrate Judge